*Friday, November 15, 1991*

## MISCELLANEOUS DOCKET

**91–1882.** Voinovich v. Ferguson. This cause originated in this court on the filing of a complaint for declaratory judgment, injunctive and related relief.

The court hereby notifies the parties that a status conference will be held in regard to this case on Tuesday, November 19, 1991, at 1:00 p.m., at the offices of the court, Conference Room 1, Third Floor, 30 East Broad Street, Columbus, Ohio.

The purposes of the status conference are to establish a schedule for the filing of motions, evidence, and briefs and to set a tentative date for oral argument on the merits, subject to the approval of the court. The conference will be conducted by Jim Jump, Counsel to the Court.

*Tuesday, November 19, 1991*

## MOTION DOCKET

**91–2130.** Beekman v. Beekman. *Franklin County*, No. 90AP–780. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Franklin County to certify its record and as a claimed appeal as of right from said court. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, denied, effective November 15, 1991.

*Wednesday, November 20, 1991*

## MERIT DOCKET

**91–1874.** State, ex rel. Thrower, v. Bond. In Procedendo and Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1895.** State, ex rel. Blassengale, v. Tate. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1911.** State, ex rel. Williams, v. Seventh Dist. Court of Appeals. In Mandamus and Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1960.** State, ex rel. Schnars, v. Zent. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1964.** State, ex rel. Meadows, v. Boyer. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1987.** State, ex rel. Blassengale, v. Neff. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1992.** Blevins v. Boyer. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1993.** Blevins v. Sauer. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.